UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES A. CARNAZZA d/b/a SEQUEGEN COMPANY,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SEQUEGENE, INC.,<br>　　　　　　　　Defendant. | Civil Action No. 05-40122 FDS |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff, James A. Carnazza d/b/a Sequegen Company, hereby dismisses its claims in the above captioned action without prejudice.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**JAMES A. CARNAZZA D/B/A SEQUEGEN COMPANY**
　　　　　　　　　　　　　　　　By his Attorneys,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Dale C. Kerester, BBO #548385
　　　　　　　　　　　　　　　　Lynch, Brewer, Hoffman & Fink LLP
　　　　　　　　　　　　　　　　101 Federal Street, 22nd Floor
　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　(617) 951-0800
　　　　　　　　　　　　　　　　dkerester@lynchbrewer.com

　　　　　　　　　　　　　　　　Of Counsel:
　　　　　　　　　　　　　　　　William E. O'Brien, Esq.
　　　　　　　　　　　　　　　　Law Office of William E. O'Brien, Esq.
　　　　　　　　　　　　　　　　363 Bailey Road
　　　　　　　　　　　　　　　　Holden, MA 01520
　　　　　　　　　　　　　　　　(508) 829-5185
　　　　　　　　　　　　　　　　william@masstechlawyer.com

Dated:　September 27, 2005